# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 09-cv-02082-CMA-CBS

LEJON GUTIERREZ,

    Plaintiff,

v.

BRONCO DRILLING COMPANY, INC., an Oklahoma corporation,

    Defendant.

## ORDER OF RECUSAL

This matter is before me on a review of the file. Based on my past professional relationship with defendant's counsel, I believe that I should recuse myself. It is, therefore,

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

DATED: March 29, 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge